IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>Saratoga Transport, Inc.,<br>33 Cady Hill Boulevard<br>Saratoga Springs, NY 12866<br>　　　　　Garnishee,<br><br>Richard Clark,<br>　　　　　Defendant. | Court No. 06-CV-00471-TJM/DEP |

## GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on May 18, 2006, stating that at the time of the service of the writ, Garnishee had in their possession or control earnings or personal property belonging to and due defendant;

On May 10, 2006, the defendant was notified of his right to a hearing and has not requested a hearing to object to the Answer of Garnishee or determine exempt property;

That the United States of America and the defendant, Richard Clark have negotiated the amount to be withheld from the defendant's earnings in the future from 25% to 15%. It is understood that the employer has been withholding 25% from May 20, 2006 and should pay those withholdings over to the United States.

IT IS ORDERED that Garnishee pay over all garnishment withholdings currently on deposit with Saratoga Holdings, Inc. from the date of withholding of May 20, 2006 to date; and it is further

ORDERED that Saratoga Transport, Inc. continue withholding at the rate of 15% of the non-exempt disposable earnings per week of defendant, Richard Clark, from the date of service of this Order and continue to withhold such additional non-exempt personal property belonging to defendant weekly, as should come into the Garnishee's possession or control in the future until the above-referenced judgment is either paid in full, or otherwise satisfied, or the defendant separates from the garnishee's employment pursuant to Title 28, United States Code, Section 3205(c)(10);

IT IS FURTHER ORDERED that the Garnishee pay over such property to plaintiff, UNITED STATES OF AMERICA, either weekly or monthly, to the CLERK, UNITED STATES DISTRICT COURT, and mail each remittance to Clerk, U.S. District Court, Federal Building, P.O. Box 7367, 100 South Clinton Street, Syracuse, New York 13261-7367 .

Dated:   June 12, 2006
         Syracuse, New York

_____
UNITED STATES MAGISTRATE JUDGE